IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:12CR232 |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ADRIAN MENDEZ, | |
| Defendant. | |

This matter is before the court after a hearing on April 9, 2018. On September 19, 2017, after a hearing on the defendant's mental condition, this court found the defendant had shown that he was suffering from a mental disease or defect and that inpatient evaluation was necessary. He was given a provisional sentence of three years on a supervised release violation and was hospitalized for care and treatment under 18 U.S.C. § 4244(d), with the provisional sentence to be lifted and a final sentence imposed once the director of the facility certifies the defendant has sufficiently recovered in accordance with 18 U.S.C. § 4247(c) and 4244(b). The BOP reports that the defendant remains grossly psychotic at this time and needs more time on his medications.

Under 18 U.S.C. § 4244(b), if a report "includes an opinion by the examiners that the defendant is presently suffering from a mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility, the report shall also include an opinion by the examiner concerning the sentencing alternatives that could best accord the defendant the kind of treatment he does need." 18 U.S.C. § 4244(b). In addition to that information, the court finds the report should also contain an opinion concerning whether the defendant is progressing on medication, a treatment plan, a diagnosis and a prognosis. Accordingly,

IT IS ORDERED:

1. The BOP shall submit a report to the court on or before June 6, 2018.

2. A status hearing is set for June 13, 2018 at 9:00 a.m. in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 1st day of May, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge